IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv500

| | |
|---|---|
| UNITED STATES OF AMERICA, and ) <br> STATE OF NORTH CAROLINA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PLANTATION PIPE LINE COMPANY, ) <br> ) <br> Defendant. ) <br> _____ ) | ORDER |

**THIS MATTER** is before the Court on the United States' motion to terminate the consent decree entered on February 10, 2009. (Doc. No. 5). It appearing from the motion that the Defendant has complied with the terms of the Consent Decree and that pursuant to the terms of the Consent Decree, Section XIX, ¶ 51, Defendant has submitted to the United States a request for termination of the Consent Decree and pursuant to Section XIX, ¶ 52, the United States agrees that the Consent Decree may be terminated, and therefore the Court believes the Consent Decree should be terminated.

**IT IS, THEREFORE, ORDERED** that the Motion is **GRANTED**, and this action is **DISMISSED** with the proviso that nothing herein shall effect the terms of the Consent Decree as between the parties.

**SO ORDERED.**

Signed: October 22, 2009

Robert J. Conrad, Jr.
Chief United States District Judge